UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JANE DOE** | CIVIL NO. 2:25-cv-02077 |
| **VERSUS** | JUDGE: BRANDON S. LONG |
| **MANOLO TOWERS** | MAG JUDGE: JANIS VAN MEERVELD |

### *EX PARTE* MOTION TO FILE UNDER SEAL

Plaintiff Jane Doe ("***Plaintiff***") moves to file under seal the document attached as Exhibit A disclosing her real name. Plaintiff previously moved to procced pseudonymously in this action. Rec. Doc. 5. On October 15, 2025, the Court granted Plaintiff's motion and ordered that "within seven days counsel for Jane Doe shall file into the record under seal Jane Doe's name." Rec. Doc. 6 at 8. In compliance with that Court order, Plaintiff respectfully requests that the Court grant this motion and instruct the clerk to file the attached document disclosing her name under seal.

Respectfully submitted,

*/s/ Alex B. Rothenberg*
Alex B. Rothenberg (La Bar. # 34740), T.A.
Clarke I. Perkins (La. Bar No. 40904)
**GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN, LLC**
201 St. Charles Avenue, Suite 4000
New Orleans, Louisiana 70170
Telephone: (504) 582-1111
Facsimile: (504) 582-1121
arothenberg@gamb.com
cperkins@gamb.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 15, 2025, I served the foregoing *Ex Parte Motion to File Under Seal* upon Defendant Manolo Towers via certified mail.

                              */s/ Alex B. Rothenberg*
                              Alex B. Rothenberg