**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JANE DOE**                                                            **CIVIL ACTION**

**VERSUS**                                                              **NO. 25-2077**

**MANOLO TOWERS**                                                **SECTION "O"**

## ORDER

**IT IS ORDERED** that Plaintiff's *ex parte* motion[1] to file Jane Doe's identity under seal is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk shall file the document attached to the motion[2] as Exhibit A **UNDER SEAL**.

New Orleans, Louisiana, this 16th day of October, 2025.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No.7.
[2] *Id.*