UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE DOE | CIVIL ACTION |
| VERSUS | NO. 25-2077 |
| JOHN ROE | SECTION "O" |

### ORDER

Considering the above and foregoing unopposed *ex parte* motion[1] to proceed anonymously and to anonymize pleadings and record, filed by the Defendant/Counterclaimant herein, and good grounds appearing therefore:

**IT IS ORDERED** that the motion is **GRANTED**, and the Court orders as follows: (1) the Defendant/Counterclaimant is permitted to proceed in this litigation using the pseudonym "John Roe"; (2) the parties shall anonymize the pleadings, **no later than January 12, 2026**, by filing motions to substitute documents using the pseudonym "John Roe" for any record documents containing the Defendant/Counterclaimant's true name; (3) the original pleadings containing the Defendant/Counterclaimant's true name shall be placed under seal by the Clerk of Court; and (4) the Clerk of Court is to update the case caption and names of this case in PACER to reflect the case caption of this matter as "Jane Doe v. John Roe" and to remove any references to the Defendant/Counterclaimant's true name.

New Orleans, Louisiana, this 5th day of January, 2026.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 14.