UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JANE DOE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-2077** |
| **JOHN ROE** | **SECTION "O"** |

## *EX PARTE* MOTION TO SUBSITUTE DOCUMENTS

Plaintiff Jane Doe respectfully requests that the Court allow her to substitute her (1) Complaint (Rec. Doc. 1), (2) *Ex Parte* Motion to Proceed Under Pseudonym (along with memorandum in support and proposed order) (Rec. Doc. 5), and (3) *Ex Parte* Motion to File Under Seal (along with proposed order) (Rec. Doc. 7)[1] with the documents attached to this motion as Exhibits A, B, and C, respectively. On January 5, 2026, the Court issued an order requiring that the parties "fil[e] motions to substitute documents using the pseudonym 'John Roe' for any record documents containing the Defendant/Counterclaimant's true name." Rec. Doc. 15. Exhibits A-C comply with the Court's directive. Accordingly, Doe respectfully requests that the Court grant her motion and allow these documents to be substituted.

---

[1] Doe's *Ex Parte* Motion to File Under Seal (Rec. Doc. 7) only mentions Roe's real name in the caption. But out of an abundance of caution, Doe supplies a substitute document with the new anonymized caption. Doe has not provided the Court with a substitute for the underlying document that Doe sought to file under seal, because that document's entire purpose was to disclose her real name to the Court under seal.

1

Respectfully submitted,

*/s/ Alex B. Rothenberg*

Alex B. Rothenberg (La Bar. # 34740), T.A.
Clarke I. Perkins (La. Bar No. 40904)
**GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN, LLC**
201 St. Charles Avenue, Suite 4000
New Orleans, Louisiana 70170
Telephone: (504) 582-1111
Facsimile: (504) 582-1121
arothenberg@gamb.com
cperkins@gamb.com

*Counsel for Plaintiff*