UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JANE DOE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-2077** |
| **JOHN ROE** | **SECTION "O"** |

## *EX PARTE* MOTION TO FILE UNDER SEAL

Plaintiff Jane Doe ("***Plaintiff***") moves to file under seal the document attached as Exhibit A disclosing her real name. Plaintiff previously moved to procced pseudonymously in this action. Rec. Doc. 5. On October 15, 2025, the Court granted Plaintiff's motion and ordered that "within seven days counsel for Jane Doe shall file into the record under seal Jane Doe's name." Rec. Doc. 6 at 8. In compliance with that Court order, Plaintiff respectfully requests that the Court grant this motion and instruct the clerk to file the attached document disclosing her name under seal.

Respectfully submitted,

*/s/ Alex B. Rothenberg*
Alex B. Rothenberg (La Bar. # 34740), T.A.
Clarke I. Perkins (La. Bar No. 40904)
**GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN, LLC**
201 St. Charles Avenue, Suite 4000
New Orleans, Louisiana 70170
Telephone: (504) 582-1111
Facsimile: (504) 582-1121
arothenberg@gamb.com
cperkins@gamb.com

*Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 15, 2025, I served the foregoing *Ex Parte Motion to File Under Seal* upon Defendant John Roe via certified mail.

*/s/ Alex B. Rothenberg*
Alex B. Rothenberg

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JANE DOE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-2077** |
| **JOHN ROE** | **SECTION "O"** |

### ORDER

Having considered Plaintiff's *Ex Parte* Motion to File Under Seal,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that the clerk shall file the document attached to the Motion as Exhibit A **UNDER SEAL**.

New Orleans, Louisiana, this ___ day of October, 2025.

_____
**BRANDON S. LONG**
**UNITED STATES DISTRICT JUDGE**