UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE DOE | * | CIVIL DOCKET |
| | * | NUMBER: 25-2077 |
| VERSUS | * | |
| | * | JUDGE LONG |
| JOHN ROE | * | MAGISTRATE MEERVELD |
| | * | |
| | * | |

* * * * * * * * * *

**MOTION FOR EXTENSION OF TIME**
**TO FILE RESPONSIVE PLEADING**

NOW COMES John Roe, defendant herein, through undersigned counsel, and respectfully files this Motion for Extension of Time in which to file responsive pleadings. Pursuant to Local Rule 7.8, Mr. Roe certifies that there have been no previous extensions of time requested or granted, and Plaintiff has not filed an opposition to an extension of time. Further, Defense counsel has contacted Plaintiff's counsel about this request, and Plaintiff's counsel consents. Accordingly, Mr. Roe respectfully requests a 21-day extension from when the responsive pleadings would have otherwise been due, up to and including November 17, 2025, in which to file responsive pleadings.

Respectfully Submitted,

/s/ Stephen Haedicke

Stephen J. Haedicke
The Law Office of Stephen J. Haedicke
1040 Saint Ferdinand Street
New Orleans, LA 70117
Telephone: 504.291.6990
stephen@haedickelaw.com

-AND-

M. Richard Schroeder, La. Bar# 19145
NOLA Schroeder Law LLC
1040 St. Ferdinand St.
New Orleans, La. 70117
(504) 291-6990
mrschroeder@nolaschroederlaw.com

### *CERTIFICATE OF SERVICE*

    I hereby certify that on October 23, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ Stephen Haedicke

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE DOE | * | CIVIL DOCKET |
| | * | NUMBER: 25-2077 |
| VERSUS | * | |
| | * | JUDGE LONG |
| JOHN ROE | * | MAGISTRATE MEERVELD |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \*

### **ORDER**

Considering the above and foregoing *Motion for Extension of Time to File Responsive Pleadings,* and good grounds appearing therefore:

IT IS ORDERED that the motion is GRANTED, and the due date for Defendant to file responsive pleadings is extended to November 17, 2025.

New Orleans, Louisiana, this _____ day of _____, 2026.

_____

UNITED STATES DISTRICT JUDGE