UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JANE DOE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-2077** |
| **JOHN ROE** | **SECTION "O"** |

## ORDER

**IT IS ORDERED** that the *ex parte* motions[1] to substitute documents are **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to substitute the following documents:

| PREVIOUSLY FILED AS | TO BE REPLACED WITH |
|---|---|
| ECF No. 1 | ECF No. 16-2 (pp 1-6) |
| ECF No. 5 | ECF No. 16-3 (pp 1-9) |
| ECF No. 7 | ECF No. 16-4 (pp 1-3) |
| ECF No. 9 | ECF No. 17-2 (pp 1-3) |
| ECF No. 11 | ECF No. 17-3 (pp 1-15) |
| ECF No. 14 | ECF No. 17-4 (pp 1-8) |

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to keep ECF Nos. 6, 8, and 10 under seal, but issue redacted versions of those orders consistent with the request of the parties to anonymize all litigants.

New Orleans, Louisiana, this 9th day of January, 2026.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF Nos. 16 and 17.